IOANNIS PIPINIAS, Respondent, v J. SACKARIS & SONS, INC., Defendant, and LAWRENCE MIRRO, Appellant.

Submitted September 2, 2014; decided October 21, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.